UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HONEST ABE ROOFING FRANCHISE, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:23-cv-01341-JMS-KMB |
| | ) | |
| LESJON HOLDINGS, LLC, JONATHAN KEIM, and LESLI KEIM, | ) ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

On July 31, 2023, Defendants Lesjon Holdings, LLC, Jonathan Keim, and Lesli Keim removed this matter to this Court from the Vigo County Superior Court. [Filing No. 1.] 28 U.S.C. § 1446(a) provides that "[a] defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal…" Because Vigo County Superior Court is within the Terre Haute Division of the United States District Court for the Southern District of Indiana, rather than within the Indianapolis Division, the Court **ORDERS** that this action be **TRANSFERRED** to the United States District Court for the Southern District of Indiana, Terre Haute Division. *See* 28 U.S.C. § 1404; 28 U.S.C. § 94(b)(2) (defining the Terre Haute Division). Upon transfer, the Clerk shall assign a new case number and randomly assign a new Magistrate Judge pursuant to the Court's assignment procedures.

Date: 8/2/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**